IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL NATIONAL | § | |
| MORTGAGE ASSOCIATION | § | |
| A/K/A FANNIE MAE | § | |
|     Plaintiff, | § | |
| | § | Civil Action No. 3:11-CV-789-K |
| v. | § | |
| | § | |
| YVETTE RICE | § | |
| AND ALL OCCUPANTS, | § | |
|     Defendant(s). | § | |

## ORDER ACCEPTING RECOMMENDATION AND REMANDING CASE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff's motion to remand is **GRANTED**.

This case is remanded to County Court at Law No. 2 of Dallas County, Texas.

SO ORDERED.

Signed July 29th, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE